EDWARD C. NUCCI
Acting Chief, Public Integrity Section
JOHN W. SCOTT
Senior Trial Attorney, Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, D.C.  20530
Telephone: (202) 514-0885
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR 05- 00962 - TUC - CKJ |
| v. | ) | |
| | ) | |
| Robert L. Bakerx, et. al. | ) | Violation: 18 U.S.C. § 371 |
| | ) | |
| Defendant. | ) | (Conspiracy) |
| | ) | |

**GOVERNMENT'S CONSOLIDATED RESPONSE TO THE PRESENTENCE**

**INVESTIGATION REPORTS**

COMES NOW the United States, through its undersigned attorney, and respectfully responds to the Presentence Investigation Reports ("PSRs") in the above-captioned cases.

A.    Clarification Regarding Departure Motions

Each of the PSRs, at paragraph three (3), notes that "[a]side from §5K1.1the [plea] agreement states that neither the government nor the defendant shall move for a departure from the applicable guideline custody range."  While technically true regarding some of the early plea agreements, the undersigned specifically stated on the record during  F.R.C.P. 11 hearings that it did not intend the plea agreements to in any way prohibit defendants from making downward departure motions, although it of course reserved the right to oppose them.  The early plea agreements were amended to remove any such prohibition, and the ensuing plea agreements omitted the language.  Accordingly, the government wishes to make clear, if it is not already so, that none of the plea agreements in the

above-captioned cases prohibit the defendants from making such motions for downward departures as they deem appropriate.

B.    Defense Preparation for Sentencings

By way of this response, the undersigned reminds all counsel – some of whom are recently appointed or retained – that the government has maintained an "open file" discovery policy in all of these cases.  Please contact either FBI Special Agent Adam Radtke or myself in a timely fashion if you believe the government is in possession of any additional materials or information you may require in preparation for the sentencing hearings.

Respectfully Submitted,


 John W. Scott /s/
JOHN W. SCOTT
Senior Trial Attorney, Public Integrity Section
Criminal Division
U.S. Department of Justice


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by electronic mail on March 6, 2007 upon the attorneys for the defendants.


 John W. Scott /s/
JOHN W. SCOTT
Senior Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26